NEW YORK WORLD-TELEGRAM CORPORATION v. WILLIAM J. KELLEY et al., Constituting the New York State Labor Relations Board. Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 916.]

## (May 17, 1946.)

HERBERT D. ADLER, Respondent, v. PILOT INDUSTRIES, INC., Appellant, et al., Defendants. (No. 16425.) HERBERT D. ADLER, Respondent, v. PILOT INDUSTRIES, INC., et al., Defendants, and BERNARD SCHWARTZ, Appellant. (No. 16426.) — Orders, so far as appealed from, affirmed, without costs. In so determining we do not thereby indicate that plaintiff is entitled to more than compensatory damages in the event that he is successful upon a trial. (No. 16425.) Martin, P. J., dissents and votes to reverse and deny the motion to dismiss the counterclaim of defendant Pilot Industries, Inc., and said defendant's first partial defense to the first and second causes of action. (No. 16426.) Martin, P. J., dissents and votes to reverse and deny. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *post*, pp. 998, 999.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 1021 PARK AVENUE CORPORATION, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants. [1021 Park Ave., Borough of Manhattan.] — Order unanimously modified by fixing the land and building values for years involved as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1942–43 | $233,000 | $700,000 | $933,000 |
| 1943–44 | 225,000 | 685,000 | 910,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ADRIA JORSLING et al., Appellants, v. ALBERTINE MCLEAN, Respondent.— It was clearly the intention of Bridget Brown, the former owner, and the tenant that the latter's possession of the premises was to commence and continue under a relationship of landlord and tenant. Accordingly, the final order of the Municipal Court awarding possession of the premises to the landlords and directing judgment in their favor for a month's rent in the sum of $90 was proper. The determination of the Appellate Term and the judgment of the Municipal Court entered July 9, 1945, are hereby reversed and the final order of the Municipal Court affirmed, with costs in this court and $30 costs in the Appellate Term to the landlord. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to affirm. Settle order on notice. [See *post*, p. 1016.]